UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: SEARCH WARRANT | SW No. 1:20SW01 LDA

Filed Under Seal

## MOTION TO SEAL

The United States of America, by and through its attorneys, Aaron L. Weisman, United States Attorney, and Paul F. Daly, Jr., Assistant United States Attorney, moves that this Motion to Seal and the attached Application for Search Warrant, Search Warrant, Supporting Affidavit, be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

AARON L. WEISMAN
United States Attorney

PAUL F. DALY, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Paul.Daly@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE
DATE: 1/10/2020