IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE SEARCH WARRANT          )
                              )   SW NO.  1:20-SW-01 LDA
                              )

## MOTION TO UNSEAL

Denise M. Barton, Assistant United States Attorney, moves to unseal the Government's Application for Search Warrant, supporting affidavit and Search Warrant. As a basis for said motion, the Government avers that the reasons for sealing no longer exist due to execution and additional case developments.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

AARON L. WEISMAN
United States Attorney

*Denise M. Barton* (signature)

DENISE M. BARTON
Assistant United States Attorney

SO ORDERED:

*(signature)*

~~PATRICIA A. SULLIVAN~~
UNITED STATES MAGISTRATE JUDGE
LINCOLN D. ALMOND